IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES A. CAPLE                                                                         PLAINTIFF
ADC #127372

v.                                    No: 1:19-cv-00003 JM-PSH

JOHNSON, *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 12th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE